| No | IP | Port | Client | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|----|----|----|----|----|----|----|----|----|----|----|
| 1 | 76.111.7.208 | 54516 | µTorrent 3.4.7 | 2016-06-04 00:18:41 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4D98BC49996D12 | Comcast Cable | Virginia | Arlington | Arlington |
| 2 | 73.31.190.224 | 26185 | BitTorrent 7.9.7 | 2016-06-04 00:31:52 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4D98BC49996D12 | Comcast Cable | Virginia | Purcellville | Loudoun |
| 3 | 76.104.112.94 | 6883 | µTorrent 3.4.0 | 2016-06-04 01:18:43 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4D98BC49996D12 | Comcast Cable | Virginia | Petersburg | Petersburg (city) |
| 4 | 75.75.84.248 | 6797 | BitTorrent 7.9.7 | 2016-06-04 02:13:45 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4D98BC49996D12 | Comcast Cable | Virginia | Powhatan | Powhatan |
| 5 | 73.250.187.43 | 64518 | µTorrent 3.4.7 | 2016-06-04 03:42:52 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4D98BC49996D12 | Comcast Cable | Virginia | Manassas | Manassas (city) |
| 6 | 69.255.179.107 | 12215 | µTorrent 3.4.7 | 2016-06-04 06:42:02 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4D98BC49996D12 | Comcast Cable | Virginia | Gainesville | Prince William |
| 7 | 73.251.52.47 | 62941 | µTorrent 3.4.7 | 2016-06-04 17:32:52 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4D98BC49996D12 | Comcast Cable | Virginia | Richmond | Chesterfield |
| 8 | 73.177.230.41 | 56851 | BitTorrent 7.9.7 | 2016-06-04 21:14:25 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4D98BC49996D12 | Comcast Cable | Virginia | Prince George | Prince George |
| 9 | 73.171.111.241 | 35448 | µTorrent 3.4.7 | 2016-06-04 21:55:21 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4D98BC49996D12 | Comcast Cable | Virginia | Ashburn | Loudoun |
| 10 | 73.12.84.180 | 53097 | µTorrent 3.4.7 | 2016-06-04 22:59:10 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4D98BC49996D12 | Comcast Cable | Virginia | Stafford | Stafford |

LHF PRODUCTIONS, INC., v. DOES 1-10

Exhibit B