IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**LHF PRODUCTIONS, INC.,**

    Plaintiff,

v.                                                       Civil Action No. 3:16cv748

**JOHN DOE 1,**

    Defendant.

## ORDER

This matter comes before the Court on Plaintiff LHF Productions., Inc.'s ("LHF") "Motion to Correct Order and Reconsider Ruling on Severance," (the "Motion to Reconsider"). (ECF No. 9.) LHF requests that the Court reconsider its December 22, 2016 Order severing and dismissing without prejudice all defendants except John Doe 1. (Mot. Reconsider 1, ECF No. 9.) LHF asserts that this Court's Order, (ECF No. 8), and accompanying Memorandum Opinion, (ECF No. 7), "include both legal and factual errors," and should thus be withdrawn. (*Id.* at 1, 3.)

For the reasons stated in its December 22, 2016 Memorandum Opinion, (ECF No. 7), the Court will DENY LHF's Motion to Reconsider, (ECF No. 9).

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                                     /s/
                                                     M. Hannah Lauck
                                                 United States District Judge

Date: 1/18/2017
Richmond, Virginia